IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING
ENGINEERS PENSION FUND, et al,**

    **Plaintiffs,**

v.

**A & A HAULING CO., INC.,**

    **Defendant.**                                  Case No. 09-cv-352-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2009, this case is **DISMISSED**  with prejudice.  Each party shall bear their own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                          BY:      */s/Sandy Pannier*
                                        Deputy Clerk

Dated: March 23, 2010


APPROVED:  /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT